# Court of Appeals
# of the State of Georgia

ATLANTA, January 15, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1051. VALENCIA B. ALARCON v. NAJARIAN CAPITAL, LLC.

This case began as a dispossessory proceeding in magistrate court in Fulton County. Following an adverse ruling, defendant Valencia B. Alarcon appealed to the state court. The state court ruled in favor of the plaintiff, Najarian Capital, LLC, and issued a writ of possession on May 22, 2018. Alarcon then filed a notice of appeal to this Court, which we dismissed due to her failure to follow the discretionary appeal procedure. See Case No. A19A0484 (dismissed Nov. 8, 2018).

Following Alarcon's failure to vacate the premises, Najarian Capital, LLC filed an application in state court on December 5, 2018 to execute its writ of possession. The state court issued a second writ of possession on December 12, 2018. Alarcon then filed the instant notice of appeal on December 17, 2018. We, however, lack jurisdiction.

As we previously explained in our November 8, 2018 dismissal order, because the order at issue disposes of a de novo appeal from a magistrate court decision, Alarcon was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Her failure to do so deprives us of jurisdiction over this appeal.

Accordingly, Alarcon's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,  01/15/2019*
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*